IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANPREET SINGH BAWA,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
                                       /

No. C 07-00200 WHA

**ORDER FINDING MOTION FOR LEAVE TO AMEND MOOT, ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, AND VACATING HEARING**

      This action was initially filed on January 10, 2007. Since then, no answer or responsive pleading has been filed by any defendant. Nor has any amended complaint been filed. Now pending is a motion by plaintiff for leave to amend the complaint. Such a motion is unnecessary. Federal Rule of Civil Procedure 15(a) provides plaintiff with a right to amend his complaint *once* "as a matter of course" without prior leave of court. *See Outdoor Sys. Inc. v. City of Mesa*, 997 F.2d 604, 613 (9th Cir. 1993). Plaintiff has not yet used this "free amendment," so the instant motion for leave to amend is unnecessary.

      Plaintiff's motion is **MOOT**. Plaintiff may file a first amended complaint any time before a responsive pleading is served. The amended pleading need not be identical to the proposed amended pleading submitted in support of plaintiff's motion. It must, however, comply with all relevant requirements, including Civil Local Rule 10-1. Finding argument unnecessary, the hearing on this motion is **VACATED**.

      **IT IS SO ORDERED.**

Dated: March 19, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE