IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH BAWA, | No. C 07-00200 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| UNITED STATES OF AMERICA; DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the United States Citizenship and Immigration Services; NANCY ALCANTAR, Field Office Director, Department of Homeland Security and Immigrations and Customs Enforcement (San Francisco); WILLIAM, Deportation Officer, SNJ, Department of Homeland Security (San Francisco); TIMOTHY F. PURDY, Deportation Officer, SNJ, Department of Homeland Security (San Francisco); MUND MOGIA, Special Agent, Federal Bureau of Investigation, Other Special Agents of the FBI to be Identified and Named, and DOES 1–25, | |
| Defendants. | |

By **JUNE 5, 2007**, government counsel will please file a response to plaintiff's request for dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE