IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANPREET SINGH BAWA, | | No. C 07-00200 WHA |
| Plaintiff, | | |
| v. | | **REQUEST FOR FURTHER RESPONSE** |
| UNITED STATES OF AMERICA; et al., | | |
| Defendants. | / | |

The government has indicated that it does not oppose plaintiff's request for dismissal without prejudice. The Court is concerned, however, that dismissing the instant action may render some of plaintiff's claims, including the civil-rights claim, barred by the statute of limitations. The Court further notes that plaintiff has, to date, filed administrative tort claims with only U.S. Citizenship and Immigration Services and the Federal Bureau of Investigation. He has not filed a claim with U.S. Immigration and Customs Enforcement, the third agency purportedly involved in the alleged conduct. If plaintiff files a claim with U.S.C.I.S., this may necessitate further delay in bringing a new action. With these concerns in mind, plaintiff must state by **FRIDAY, JUNE 8, 2007**, whether it remains his intent to dismiss the entire action without prejudice.

**IT IS SO ORDERED.**

Dated: June 5, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE